DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSIE BEDFORD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-733

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Josie Bedford, pro se.

PER CURIAM.

Affirmed. *See McDonald v. State*, 133 So. 3d 530 (Fla. 2d DCA 2013); *Hughes v. State*, 22 So. 3d 132 (Fla. 2d DCA 2009); *Valdez-Garcia v. State*, 965 So. 2d 318 (Fla. 2d DCA 2007); *Shortridge v. State*, 884 So. 2d 321 (Fla. 2d DCA 2004); *Sims v. State*, 141 So. 3d

613 (Fla. 4th DCA 2014); *Harris v. State*, 789 So. 2d 1114 (Fla. 1st DCA 2001).

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.